# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-00084-APG-PAL |
| vs. | ) | **ORDER** |
| SCOTT WHEELER, | ) | (Mot for Subpoenas - Dkt. #53) |
| Defendant. | ) | |

Before the court is Defendant's Motion for a Court Order for Subpoenas or Court Order Compelling Production Reports and Videos for Barney's Deployments (Dkt. #53), which was filed December 18, 2013. Counsel for the government filed a Motion for Leave to File a Late Response (Dkt. #55) to Defendant's motion, which the court granted in an Order (Dkt. #57) January 16, 2013. Within the Response (Dkt. #55), the government indicated no opposition to the issuance of the requested subpoenas which are attached hereto. Accordingly,

**IT IS ORDERED** that the Motion for Court Order for Subpoenas or Court Order Compelling Production Reports and Videos for Barney's Deployments (Dkt. #53) is **GRANTED** to the extent that the subpoenas (which are attached hereto) may be issued.

Dated this 24th day of January, 2014.

Peggy A. Leen
United States Magistrate Judge

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

|  | DISTRICT OF | NEVADA |
|---|---|---|

United States of America,

        Plaintiff

            *v.*

**Scott Wheeler**

        Defendant

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 2:13-CR-084-APG-PAL

TO: Custodian of Records
    Nevada Highway Patrol -Southern Command
    4615 West Sunset Road
    Las Vegas, NV 89118

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Lloyd D. George United States Courthouse 333 Las Vegas Boulevard South Las Vegas, Nevada  89101 | 3-B |
| | DATE AND TIME 01/14/2014 9:00am or as ordered by court OR AS DIRECTED BY COUNSEL |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please provide copies of all police reports related to deployment of NHP K-9 "Barney" under the event numbers listed in the attached "Subpoena Exhibit A."

Please also provide police reports related to deployments of K-9 "Barney" on the dates listed in the attached "Subpoena Exhibit B."

In lieu of personal appearance, production of the requested records as directed by the attached court order will satisfy this subpoena.

You may contact Assistant Federal Public Defender Rachel  Korenblat at 702-388-6577 if you have any questions about this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| LANCE S. | 12/19/2013 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Law Offices of the Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nevada 89101  (702) 388-6577

(Approved by Lance S. Wilson 04/04/96)

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                              DATE                                    SIGNATURE OF SERVER


                                                      _____
                                                      ADDRESS OF SERVER

                                                      _____

ADDITIONAL INFORMATION

**Subpoena Exhibit A**

130101-1631

130201-4009
130221-1447
130221-1920
130225-3408

130311-2908
130314-1732
130331-2993
130306-3150

130423-3245
130429-2775
130430-0820

130528-4439

130605-3421
130620-3212

130716-1651

130917-3264
130918-2991
130918-3176
130924-4353
130903-3075
130915-3112
130917-4254
130918-2991
130922-3232

131010-1463
131010-2684
121010-2187
131016-2474
131016-2684
131016-3541
131021-2784
131021-3394
131013-3677
131014-3101
131022-4156

131104-2832
131104-3873
131107-2123

## Subpoena Exhibit B

07/15/2013
07/23/2013

08/04/2013
08/11/2013
08/14/2013
08/27/2013

09/02/2013
09/08/2013
09/09/2013
09/10/2013
09/23/2013
09/24/2013

10/08/2013
10/30/2013

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

|  |  |
|---|---|
| DISTRICT OF | NEVADA |

United States of America,

        Plaintiff

             *v.*

**Scott Wheeler**

        Defendant

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 2:13-CR-084-APG-PAL

TO: Custodian of Records
     Las Vegas Metropolitan Police Department
     400 S. Martin Luther King Blvd.
     Las Vegas, NV 89106

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Lloyd D. George United States Courthouse 333 Las Vegas Boulevard South Las Vegas, Nevada 89101 | 3-B |
|  | **DATE AND TIME** 01/14/2014 9:00am or as directed by court OR AS DIRECTED BY COUNSEL |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please provide copies of all police reports related to deployment of drug detection K-9 "Barney" under the event numbers listed in the attached "Subpoena Exhibit A".

Please also provide police reports related to deployments of K-9 "Barney" on the dates listed in the attached "Subpoena Exhibit B" for which event numbers have not been previously provided.

In lieu of personal appearance, production of the requested records to any authorized representative of the Federal Public defender of Nevada will satisfy this subpoena.

You may contact Assistant Federal Public Defender Rachel Korenblat at 702-388-6577 if you have any questions about this subpoena. Please call FPD investigator Glen Meek at 702-388-5192 when records are ready for pick up.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| LANCE S. WILSON | 12/19/2013 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Law Offices of the Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nevada 89101 (702) 388-6577

(Approved by Lance S. Wilson 04/04/96)

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| | | |
|---|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE | |
| SERVED BY (PRINT NAME) | TITLE | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                          DATE                                                    SIGNATURE OF SERVER


                                                                _____
                                                                ADDRESS OF SERVER

                                                                _____

ADDITIONAL INFORMATION

## Subpoena Exhibit A

130101-1631

130201-4009
130221-1447
130221-1920
130225-3408

130311-2908
130314-1732
130331-2993
130306-3150

130423-3245
130429-2775
130430-0820

130528-4439

130605-3421
130620-3212

130716-1651

130917-3264
130918-2991
130918-3176
130924-4353
130903-3075
130915-3112
130917-4254
130918-2991
130922-3232

131010-1463
131010-2684
121010-2187
131016-2474
131016-2684
131016-3541
131021-2784
131021-3394
131013-3677
131014-3101
131022-4156

131104-2832
131104-3873
131107-2123

### Subpoena Exhibit B

07/15/2013
07/23/2013

08/04/2013
08/11/2013
08/14/2013
08/27/2013

09/02/2013
09/08/2013
09/09/2013
09/10/2013
09/23/2013
09/24/2013

10/08/2013
10/30/2013