RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Scott Wheeler

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT WHEELER,<br><br>Defendant. | 2:13-cr-084-APG-PAL<br><br>**UNOPPOSED MOTION FOR A REISSUED COURT ORDER FOR SUBPOENAS COMPELLING PRODUCTION OF POLICE REPORTS AND VIDEOS FOR BARNEY'S DEPLOYMENTS**<br><br>**(Expedited Treatment Requested)** |

Comes now the defendant, Scott Wheeler, by and through his counsel of record, RACHEL KORENBLAT, Assistant Federal Public Defender, and hereby moves this Honorable Court to reissue its Order for subpoenas dated January 27, 2014. (CR # 58.) On December 19, 2013, Mr. Wheeler filed a Motion for a Court Order for Subpoenas or Court Order Compelling Production of Police Reports and Videos of Barney's Deployments ("Motion for Subpoena" or "Motion") in relation to his pending Motion to Suppress. (CR ## 53, 34.) This Motion requested the same items herein – both police reports and videos of the deployments of the drug detection canine Barney by the Las Vegas Metropolitan Police Department and/or the Nevada Highway Patrol. The Motion attached proposed subpoenas, but the subpoenas inadvertently requested only the police reports. (*See* CR # 53 at Ex. C.) The subpoenas omitted the request for videos. (*Id.*) The government did not

///

1  oppose Mr. Wheeler's request for subpoenas for both the police reports and videos. (*See* CR # 55
2  at 1:22-24.)

3  On January 27, 2014, this Court granted Mr. Wheeler's Motion for Subpoena "to the extent
4  that the subpoenas . . . may be issued." (CR # 58 at 1:19-21.)  The Order attached the subpoenas
5  from Mr. Wheeler's Motion. While preparing to serve the subpoenas, the undersigned noticed that
6  the subpoenas neglected to request both items sought by the Motion – police reports and videos.
7  Accordingly, this motion attaches corrected subpoenas as Exhibit A. The subpoenas attached hereto
8  includes the request for both reports and videos. The attached subpoenas also update the date by
9  which the items are due to be produced.[1] Thus, Mr. Wheeler respectfully requests that the Court
10 reissue its Order with the attached subpoenas. The government does not oppose this request.

11 DATED this 6th day of February, 2014.

Respectfully submitted by,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Rachel M. Korenblat*
RACHEL M. KORENBLAT
Assistant Federal Public Defender

**IT IS SO ORDERED** this 10th day of February, 2014.

Peggy A. Leen
United States Magistrate Judge

---

[1] The attached subpoenas are returnable on February 25, 2014 – the current date set for the evidentiary hearing on Mr. Wheeler's Motion to Suppress. Mr. Wheeler will need additional time to organize and review the requested items, which will likely be voluminous, prior to the evidentiary hearing. Thus, Mr. Wheeler anticipates that the parties will submit another stipulation to extend out the hearing date.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 6, 2014, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR A REISSUED COURT ORDER FOR SUBPOENAS COMPELLING PRODUCTION OF POLICE REPORTS AND VIDEOS FOR BARNEY'S DEPLOYMENTS (Expedited Treatment Requested)** by electronic service (ECF) to the persons named below:

        DANIEL G. BOGDEN
        United States Attorney
        AMBER M. CRAIG
        Assistant United States Attorney
        333 Las Vegas Blvd. So., 5th Floor
        Las Vegas, Nevada 89101

                              */s/ Karen Meyer*
                              Employee of the Federal Public Defender

# EXHIBIT A

# EXHIBIT A

AO 89 (R............)

# United States District Court

DISTRICT OF NEVADA

United States of America,

    Plaintiff

V.

**Scott Wheeler**

    Defendant

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 2:13-CR-084-APG-PAL

TO: Custodian of Records
Nevada Highway Patrol -Southern Command
4615 West Sunset Road
Las Vegas, NV 89118

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE OF TESTIMONY | |
|---|---|
| Lloyd D. George United States Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 | COURTROOM<br>3-B |
| | DATE AND TIME<br>02/25/2014 1:45pm or as ordered by court<br>OR AS DIRECTED BY COUNSEL |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please provide copies of all police reports and videos related to deployment of NHP K-9 "Barney" under the event numbers listed in the attached "Subpoena Exhibit A."

Please also provide police reports and videos related to deployments of K-9 "Barney" on the dates listed in the attached "Subpoena Exhibit B."

In lieu of personal appearance, production of the requested records as directed by the attached court order will satisfy this subpoena.

You may contact Assistant Federal Public Defender Rachel Korenblat at 702-388-6577 if you have any questions about this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| LANCE [signature] | 02/06/2014 |
| (BY) DEPUTY CLERK<br>[signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Law Offices of the Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nevada 89101  (702) 388-6577

(Approved by Lance S. Wilson 04/04/96)

## Subpoena Exhibit A

| | |
|---|---|
| 130101-1631 | 131010-1463 |
| | 131010-2684 |
| 130201-4009 | 121010-2187 |
| 130221-1447 | 131016-2474 |
| 130221-1920 | 131016-2684 |
| 130225-3408 | 131016-3541 |
| | 131021-2784 |
| 130311-2908 | 131021-3394 |
| 130314-1732 | 131013-3677 |
| 130331-2993 | 131014-3101 |
| 130306-3150 | 131022-4156 |
| | |
| 130423-3245 | 131104-2832 |
| 130429-2775 | 131104-3873 |
| 130430-0820 | 131107-2123 |
| | |
| 130528-4439 | |
| | |
| 130605-3421 | |
| 130620-3212 | |
| | |
| 130716-1651 | |
| | |
| 130917-3264 | |
| 130918-2991 | |
| 130918-3176 | |
| 130924-4353 | |
| 130903-3075 | |
| 130915-3112 | |
| 130917-4254 | |
| 130918-2991 | |
| 130922-3232 | |

## Subpoena Exhibit B

07/15/2013
07/23/2013

08/04/2013
08/11/2013
08/14/2013
08/27/2013

09/02/2013
09/08/2013
09/09/2013
09/10/2013
09/23/2013
09/24/2013

10/08/2013
10/30/2013

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF NEVADA

United States of America,

Plaintiff

V.

**Scott Wheeler**

Defendant

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 2:13-CR-084-APG-PAL

TO: Custodian of Records
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Lloyd D. George United States Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 | 3-B |
| | DATE AND TIME |
| | 02/25/2014 1:45pm or as directed by court<br>OR AS DIRECTED BY COUNSEL |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please provide copies of all police reports and videos held by you related to deployment of drug detection K-9 "Barney" under the event numbers listed in the attached "Subpoena Exhibit A".

Please also provide police reports and videos related to deployments of K-9 "Barney" on the dates listed in the attached "Subpoena Exhibit B" for which event numbers have not been previously provided.

In lieu of personal appearance, production of the requested records as directed by the attached court order will satisfy this subpoena.

You may contact Assistant Federal Public Defender Rachel Korenblat at 702-388-6577 if you have any questions about this subpoena.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| LANCE S. WILSON | 02/06/2014 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Law Offices of the Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nevada 89101  (702) 388-6577

(Approved by Lance S. Wilson 04/04/96)

## Subpoena Exhibit A

| | |
|---|---|
| 130101-1631 | 131010-1463 |
| | 131010-2684 |
| 130201-4009 | 121010-2187 |
| 130221-1447 | 131016-2474 |
| 130221-1920 | 131016-2684 |
| 130225-3408 | 131016-3541 |
| | 131021-2784 |
| 130311-2908 | 131021-3394 |
| 130314-1732 | 131013-3677 |
| 130331-2993 | 131014-3101 |
| 130306-3150 | 131022-4156 |
| | |
| 130423-3245 | 131104-2832 |
| 130429-2775 | 131104-3873 |
| 130430-0820 | 131107-2123 |
| | |
| 130528-4439 | |
| | |
| 130605-3421 | |
| 130620-3212 | |
| | |
| 130716-1651 | |
| | |
| 130917-3264 | |
| 130918-2991 | |
| 130918-3176 | |
| 130924-4353 | |
| 130903-3075 | |
| 130915-3112 | |
| 130917-4254 | |
| 130918-2991 | |
| 130922-3232 | |

## Subpoena Exhibit B

07/15/2013
07/23/2013

08/04/2013
08/11/2013
08/14/2013
08/27/2013

09/02/2013
09/08/2013
09/09/2013
09/10/2013
09/23/2013
09/24/2013

10/08/2013
10/30/2013