# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br>SCOTT WHEELER,<br>                Defendant. | Case No. 2:13-cr-0084-APG-PAL<br><br>**ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES** |

On September 9, 2014, I held a hearing on Defendant's Emergency Motion to compel the Marshal's Service to pay for Defendant's transportation expenses associated with coming to this district for sentencing. The Defendant filed a sealed supplemental brief regarding Mr. Wheeler's finances (Dkt. #82). The Government was afforded until September 24, 2014 to file its supplement. The Marshal's Service was invited to file a brief on its behalf. To date, neither the Government nor the Marshal's Service has filed a brief.

For good cause shown,

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant's non-custodial transportation, or furnish reimbursement for the mileage expense, up to the cost of commercial air travel fare for such transportation, to Las Vegas, Nevada, on or before Thursday, October 30, 2014, at 11:00 a.m., to appear in court in the above-entitled matter for the purpose of a Sentencing hearing. The reimbursement shall be made in the form of cash, United States Money Order, or Cashier's Check.

IT IS FURTHER ORDERED that the United States Marshal shall furnish the defendant with an amount of money for necessary subsistence expenses while en route to his destination,

not to exceed the amount authorized as a per diem allowance for travel expenses under 5 U.S.C. §5702(a).

Dated:  October 17, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE